THOMAS W. LAMONT et al., Individually and as the International Committee of Bankers on Mexico, Plaintiffs, *v.* TRAVELERS INSURANCE COMPANY et al., Defendants, and LOUIS S. OTTENHEIMER, Appellant.

THE GOVERNMENT OF THE UNITED STATES OF MEXICO, Appearing Specially, Respondent.

Submitted January 15, 1940; decided March 5, 1940.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 281 N. Y. 362.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* KESBEC, INC., Appellant.

Submitted February 26, 1940; decided March 5, 1940.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 281 N. Y. 785.)